# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2022

## NO. 03-22-00335-CV

**Michael Kent, Appellant**

**v.**

**Kimberly Davis, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER

This is an appeal from the order in a Suit Affecting the Parent Child Relationship signed by the trial court on May 3, 2022. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.